IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jerry L. McGlone, II | : |
| Plaintiff(s), | : |
| | : Case Number: 1:19cv1067 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Lisa Noveyes, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 1, 2020 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 15, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for plaintiff's failure to pay the full filing fee as ordered by the Court.

Plaintiff is ASSESSED the full filing fee of $400.00.

The Clerk of Court is DIRECTED to mail a copy of any Order adopting the Report and Recommendation along with the attached instructions, to the Cashier of the Southern Ohio Correctional Facility in Lucasville, Ohio, and that the Cashier be directed as follows:

> The prison's Cashier shall deduct, and forward to the Clerk of Court, 20% of the preceding month's income credited to plaintiff's account each time the amount in the account exceeds $10.00 until the full fee has been paid.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the foregoing reasons an

appeal of this Court's Order will not be taken in good faith. *See McGore*, 114 F.3d 601.

    IT IS SO ORDERED.

 

_____
Judge Susan J. Dlott
United States District Court